1  Name: Richard Baker
2  Address: 26028 Highland Way
3  Los Gatos CA 95033
4  Phone Number: 408-209-2418
5  E-mail Address: hersheykins@yahoo.com
6  Pro Se

**IT IS SO ORDERED AS MODIFIED**
Judge Edward J. Davila
7/6/2011

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard Baker,
  Plaintiff,
vs.
County of Santa Cruz,
  Defendant.

Case Number: 5:10-CV-03925 EJD

STIPULATION ALLOWING PARTIES ADDITIONAL TIME IN WHICH TO CONDUCT DISCOVERY

**IT IS HEREBY STIPULATED** by and between the parties hereto that the close of all Discovery be extended from August 12, 2011 to [date] Dec 22, 2011. The parties contend that there is good cause for this extension. [Explanation] As pro se, time is needed for familiarizing proper procedures, edify, improve understanding of court edict, ect. Second I am enrolled as student at Cabrillo College for the fall, Sept-Dec 22, 2011, and hope not to have any class time loss. Thank you.

1

Case No.: 5:10-CV-03925 EJD

STIPULATION ALLOWING PARTIES ADDITIONAL TIME IN WHICH TO CONDUCT DISCOVERY

1 *for any consideration in this matter. Sending verif-*
2 *ication of enrollment for fall at Cabrillo College.*

7  SO STIPULATED.

8                                    Respectfully Submitted,

10 Dated: June 29, 2011          *Richard Baker*
                                  Richard Baker
11                                Pro Se

13 Dated: June 29, 2011          *[signature]*
14                                Counsel: FOR Defendant County of
                                  Santa Cruz

17                        [PROPOSED] ORDER

18 **IT IS HEREBY ORDERED** that the parties time in which to conduct Discovery is extended
   from August, 12, 2011 to [date] December 22, 2011.
19
20 **IT IS SO ORDERED.**

21    The Court also sets a Case Management Conference for **November 4, 2011 at 10:00 AM**.
   On or before **October 28, 2011,** the parties shall file a joint case management conference
22 statement that updates the Court on how this case should proceed.

23 Dated: July 6, 2011           *[signature]*
24                                Edward J. Davila
                                  United States District Judge

27 STIPULATION ALLOWING                    Case No.: 5:10-cv-03925-EJD
   PARTIES ADDITIONAL TIME
   IN WHICH TO CONDUCT
   DISCOVERY

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RICHARD BAKER,

        Plaintiff,

  v.

COUNTY OF SANTA CRUZ et al,

        Defendant.

Case Number: CV10-03925 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 6, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard Baker
26028 Highland Way
Los Gatos, CA 95033

Dated: July 6, 2011

        Richard W. Wieking, Clerk
        /s/ By: Elizabeth Garcia, Deputy Clerk