United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD BAKER, | CASE NO. 5:10-cv-03925 EJD |
| Plaintiff(s), | **ORDER REFERRING CASE TO MAGISTRATE JUDGE SETTLEMENT CONFERENCE** |
| v. | |
| COUNTY OF SANTA CRUZ, | |
| Defendant(s). | |

Pursuant to ADR Local Rule 7-2, the above-entitled case is hereby referred to Magistrate Judge Paul S. Grewal for a settlement conference to occur no later than February 29, 2012. The parties are instructed to contact Oscar Rivera, Judge Grewal's Courtroom Deputy, at (408) 535-5378 to arrange a date for the conference.

**IT IS SO ORDERED.**

Dated: November 29, 2011

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:10-cv-03925 EJD
ORDER REFERRING CASE TO MAGISTRATE JUDGE SETTLEMENT CONFERENCE