IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| RICHARD BAKER, | CASE NO. 5:10-cv-03925 EJD |
|---|---|
| Plaintiff(s), | **ORDER GRANTING STIPULATION TO MODIFY SCHEDULING ORDER** |
| v. | |
| COUNTY OF SANTA CRUZ, | [Docket Item No. 39] |
| Defendant(s). | |

Having reviewed the stipulated request to modify the scheduling order (see Docket Item No. 39), the court finds good cause to modify those previously-imposed deadlines which have not already expired.

Accordingly, IT IS HEREBY ORDERED that the following modified schedule shall apply to this case:

| EVENT | DEADLINE |
|---|---|
| Designation of Opening Experts with Reports | 45 days before Expert Discovery Cutoff |
| Designation of Rebuttal Experts with Reports | 30 days before Expert Discovery Cutoff |
| Expert Discovery Cutoff | April 27, 2012 |
| Deadline(s) for Filing Discovery Motions | See Civil Local Rule 37-3 |

1

CASE NO. 5:10-cv-03925 EJD
ORDER GRANTING STIPULATION TO MODIFY SCHEDULING ORDER

**United States District Court**
For the Northern District of California

| Deadline for Filing Dispositive Motions[1] | May 1, 2012 |
|---|---|
| Joint Preliminary Pretrial Conference Statement | August 21, 2012 |
| Preliminary Pretrial Conference | August 31, 2012 at 11:00 a.m. |

IT IS FURTHER ORDERED that the deadline to complete a Magistrate Judge Settlement Conference is extended to April 30, 2012.  The parties shall contact Judge Paul S. Grewal's chambers forthwith to reschedule the settlement conference if necessary.

**IT IS SO ORDERED.**

Dated:  January 25, 2012


EDWARD J. DAVILA
United States District Judge

---

[1]  This is the last date for *filing* dispositive motions.  The actual hearing on the motion may be noticed for a date subsequent after contacting Judge Davila's courtroom deputy.