IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD BAKER,

    Plaintiff,

  v.

COUNTY OF SANTA CRUZ,

    Defendant.

No. 5:10-cv-03925-EJD

**ORDER TO SHOW CAUSE RE: SETTLEMENT**

    The parties, having filed a Notice of Settlement on **December 5, 2012** (See Docket Item No. 55), are ordered to appear before the Honorable Edward J. Davila on **January 25, 2013 at 9:00 AM** in Courtroom No. 4, 5th Floor, United States District Court, 280 South First Street, San Jose, California, 95113, to show cause why the case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b).  On or before **January 18, 2013**, the parties shall file a joint statement in response to the Order to Show Cause setting forth the status of settlement efforts as well as the amount of additional time necessary to finalize and file a dismissal.

    The Order to Show Cause shall be automatically vacated and the parties relieved of the obligation to file a joint statement if a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a) is filed on or before **January 18, 2013.**

    All other pretrial deadlines and hearing dates are VACATED and any pending motions are TERMINATED.

    Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss the action.

**IT IS SO ORDERED.**

Dated: 12/5/2012

                                      EDWARD J. DAVILA
                                      UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RICHARD BAKER,

        Plaintiff,

  v.

COUNTY OF SANTA CRUZ et al,
        Defendant.
                                      /

Case Number: CV10-03925 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 5, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard Baker
26028 Highland Way
Los Gatos, CA 95033

Dated: December 5, 2012

                                          Richard W. Wieking, Clerk
                                          /s/ By: Elizabeth Garcia, Deputy Clerk