**IT IS SO ORDERED**
Judge Edward J. Davila

1  DANA McRAE, State Bar No. 142231
   County Counsel, County of Santa Cruz
2  JESSICA C. ESPINOZA, State Bar No. 235941
   Assistant County Counsel
3  701 Ocean Street, Room 505
   Santa Cruz, California 95060
4  Telephone: (831) 454-2068
   Fax: (831) 454-2115

**Attorneys for Defendant County of Santa Cruz**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| RICHARD BAKER, | Case No. 10-03925 EJD |
|---|---|
| Plaintiff, | **STIPULATION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE (FRCP 41(a)(1)(ii))** |
| v. | |
| COUNTY OF SANTA CRUZ, a political subdivision of the State of California and, DOES 1 - 25, | |
| Defendants. | |

Plaintiff Richard Baker hereby dismisses with prejudice this entire action, including all claims therein. The parties are responsible for their own attorney fees and costs resulting from this litigation. The Clerk shall close this file

Dated: January 2, 2012          By: _____/S/_____
                                     RICHARD BAKER
                                     *Plaintiff In Pro Per*

Dated: January 2, 2012          DANA McRAE, COUNTY COUNSEL

                                By: _____/S/_____
                                     JESSICA C. ESPINOZA
                                     Assistant County Counsel
                                     **Attorneys for Defendant County of Santa Cruz**

## **PROOF OF SERVICE**

I, the undersigned, state that I am a citizen of the United States and employed in the County of Santa Cruz, State of California.  I am over the age of 18 years and not a party to the within action.  My business address is 701 Ocean Street, Room 505, Santa Cruz, California 95060.  On the date set out below, I served a true copy of the following on the person(s)/entity(ies) listed below:

**STIPULATION FOR DISMISSAL OF
COMPLAINT WITH PREJUDICE (FRCP 41(a)(1)(ii))**

☐ by **service by mail** by placing said copy enclosed in a sealed envelope and depositing the sealed envelope with the United States Postal Service with the postage fully prepaid.

☒ by **service by mail** by placing said copy enclosed in a sealed envelope and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary business practices.  I am readily familiar with this business's practice for collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid.

☐ by **personal service** at a.m./p.m. at _____.

☐ by **express or overnight mail** by depositing a copy in a post office, mailbox, sub-post office, substation, mail chute, or other like facility regularly maintained by the United States Postal Service for receipt of express mail or a mailbox, mail chute, or other like facility regularly maintained by an overnight mail company, in a sealed envelope, with express mail postage paid addressed to the below listed person(s).

☐ by **express or overnight mail** by arranging for pick-up by an employee of an express/overnight mail company on:

☐ by **facsimile service** at the number listed below and have confirmation that it was received by:

**Richard Baker
26028 Highland Way
Los Gatos, CA 95033**

I declare under penalty of perjury that the foregoing is true and correct.  Executed on January 2, 2012 at Santa Cruz, California.

_____/S/_____
MARIA VARGAS

Baker v. County of Santa Cruz, et. al., Case No. 10-03925 EJD     Stipulation For Dismissal

-2-